IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| 15375 MEMORIAL CORPORATION, *et al.*, | ) ) ) | Bankr. Case No. 06-10859 (KG) |
| Debtors. | ) ) ) | (Jointly Administered) |
| BEPCO LP, | ) ) ) | |
| Appellant, | ) ) | Civil Action No. 08-313 (SLR) |
| v. | ) ) | Bankruptcy Case No. 06-10859 |
| GlobalSantaFe Corporation, *et al,* | ) ) | ADV 06-50822 AP 08-29 |
| Appellees. | ) ) | |
| BEPCO LP, | ) ) | |
| Appellant, | ) ) | Civil Action No. 08-314 (SLR) |
| v. | ) ) | Bankruptcy Case No. 06-10859 |
| Santa Fe Minerals Inc., | ) ) | ADV 06-50822 AP 08-30 |
| Appellee. | ) ) | |
| GLOBAL SANTA FE CORPORATION, *et al.*, | ) ) ) | |
| Appellant, | ) ) | Civil Action No. 08-318 (SLR) |
| v. | ) ) | Bankruptcy Case No. 06-10859 ADV 06-50822 |
| 15375 Memorial Corporation, *et al.*, | ) ) | AP 08-34A |
| Appellees. | ) ) | |

| | |
|---|---|
| 15375 MEMORIAL CORPORATION, *et al.*, ) | |
| ) | |
| Appellant, ) | |
| ) | Civil Action No. 08-319 (SLR) |
| v. ) | |
| ) | Bankruptcy Case No. 06-10859 |
| BEPCO LP, ) | ADV 06-50822 |
| ) | AP 08-35B |
| Appellee. ) | |

| | |
|---|---|
| BEPCO LP, ) | |
| ) | |
| Appellant, ) | |
| ) | Civil Action No. 08-321 (SLR) |
| v. ) | |
| ) | Bankruptcy Case No. 06-10859 |
| GlobalSantaFe Corporation, *et al.*, ) | ADV 06-50822 |
| ) | AP 08-29 |
| Appellees. ) | |

| | |
|---|---|
| BEPCO LP, ) | |
| ) | |
| Appellant, ) | Civil Action No. 08-322 (SLR) |
| ) | |
| v. ) | Bankruptcy Case No. 06-10859 |
| ) | ADV 06-50822 |
| GlobalSantaFe Corporation, *et al.*, ) | AP 08-30 |
| ) | |
| Appellees. ) | |

| | |
|---|---|
| GLOBAL SANTA FE CORPORATION, *et al.*, ) | |
| ) | |
| Appellant, ) | Civil Action No. 08-325 (SLR) |
| ) | |
| v. ) | Bankruptcy Case No. 06-10859 |
| ) | ADV 06-50822 |
| 15375 Memorial Corporation, *et al.*, ) | AP 08-34 |
| ) | |
| Appellees. ) | |

2

|  |  |
|---|---|
| 15375 MEMORIAL CORPORATION, *et al.*, )<br>)<br>           Appellant, )<br>)<br>v. )<br>)<br>BEPCO LP, )<br>)<br>           Appellees. )<br>_____ ) | Civil Action No. 08-326 (SLR)<br><br>Bankruptcy Case No. 06-10859<br>ADV 06-50822<br>AP 08-35 |

**BEPCO, L.P., F/K/A BASS ENTERPRISES PRODUCTION
COMPANY'S LIMITED RESPONSE TO MOTION
FOR CONSOLIDATION OF APPEALS**

Appellant BEPCO, L.P., f/k/a Bass Enterprises Production Company ("BEPCO"), hereby submits this limited response (the "Response") to the Motion For Consolidation Of Appeals (the "Consolidation Motion") filed by 15375 Memorial Corporation ("Memorial") and Santa Fe Minerals, Inc. ("Santa Fe" and, collectively with Memorial, the "Debtors"). In support hereof, BEPCO respectfully states as follows:

BACKGROUND

1.  On April 28, 2008, BEPCO timely filed notices of appeal from (a) the Findings Of Fact And Conclusions Of Law (Bankr. D.I. 291; Adv. D.I. 164) (the "Opinion") and related Order (Bankr. D.I. 292; Adv. D.I. 165) (the "Order"); and (b) the Memorandum Opinion On Reargument (Bankr. D.I. 323; Adv. D.I. 193) (the "Reconsideration Opinion") and related Order (Bankr. D.I. 324; Adv. D.I. 194) (the "Reconsideration Order" and, collectively with the Reconsideration Opinion, the "Reconsideration Opinion and Order") each issued by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Opinion and Order and the Reconsideration Opinion and Order each denied the relief requested in the Motion Of BEPCO, L.P., f/k/a Bass Enterprises Production Company, For Order (I) Dismissing

3

Debtors' Chapter 11 Cases For Bad Faith, Cause Under 11 U.S.C. § 1112(b) And Ineligibility Under 11 U.S.C. § 109, (II) Dismissing Or Suspending Debtors' Chapter 11 Cases Under 11 U.S.C. § 305(a)(1), (III) Converting Debtors' Chapter 11 Cases To Cases Under Chapter 7 Of The Bankruptcy Code Pursuant To 11 U.S.C. § 1112(b), (IV) Appointing A Trustee Pursuant To 11 U.S.C. § 1104(a), Or, (V) Appointing An Examiner Pursuant To 11 U.S.C. § 1104(c) and a related memorandum of law in support thereof (Bankr. D.I. 21 & 22).

2.  On May 7, 2008, the Debtors and the GSF Entities[1] each filed notices of cross-appeal from the Opinion and Order and the Reconsideration Opinion and Order (Bankr. D.I. 336 & 337; Adv. D.I. 206 & 207).

3.  All appeals were subsequently docketed with this Court on May 27 & 29, 2008, and assigned the following case numbers: 08-313 (SLR), 08-314 (SLR), 08-318 (SLR), 08-319 (SLR), 08-321 (SLR), 08-322 (SLR), 08-325 (SLR) and 08-326 (SLR).[2]

4.  On June 4, 2008,[3] the Debtors filed the Consolidation Motion, seeking consolidation of the eight (8) above-captioned civil actions so that they "may all proceed under

---

[1] The GSF Entities are GlobalSantaFe Corporation, GlobalSantaFe Corporate Services, Inc. and Entities Holdings, Inc.

[2] Because there were direct and cross appeals from both the Opinion and Order and the Reconsideration Opinion and Order and because each of those decisions was docketed in both the above-captioned main bankruptcy case and a related adversary proceeding, eight related appeals have been docketed by the Clerk.

[3] Also on June 4, 2008, BEPCO filed the BEPCO, L.P., f/k/a Bass Enterprises Production Company's Emergency Request For Certification For Direct Appeal To The United States Court Of Appeals For The Third Circuit Pursuant To 28 U.S.C. § 158(d)(2) (the "Certification Request"). Out of an abundance of caution, BEPCO filed the Certification Request separately in each of the appeals initiated by BEPCO because the Consolidation Motion is still pending and has not yet been acted upon by this Court.

the same timeline and procedure with respect to mediation, briefing, argument, and so forth." Consolidation Motion, ¶ 11.

## LIMITED RESPONSE

5. BEPCO believes it was the Debtors' intent to seek only the joint administration of the above-captioned civil actions.[4] However, as the Consolidation Motion is silent as to whether the Debtors are seeking joint administration for procedural or substantive purposes, BEPCO files this Response out of an abundance of caution.

6. BEPCO does not oppose the relief requested by the Debtors in the Consolidation Motion to the extent the Debtors are seeking such relief for procedural purposes only. To the extent the Debtors are seeking more than the joint administration of these appeals for procedural purposes, BEPCO would oppose such relief and hereby reserves all of its rights to amend this Response accordingly.

[Remainder of Page Left Intentionally Blank]

---

[4] Although the Consolidation Motion recites that BEPCO consented, BEPCO was not shown the Consolidation Motion prior to its filing. BEPCO's consent was only to the joint administration of the appeals for procedural purposes.

WHEREFORE, BEPCO respectfully requests that this Court enter an order authorizing the joint administration of the above-captioned civil actions for procedural purposes only.

Dated: Wilmington, Delaware
June 5, 2008

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Kelly M. Dawson*

Gregory W. Werkheiser (No. 3553)
Kelly M. Dawson (No. 4786)
1201 Market Street
P. O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 351-9229
Fax: (302) 658-3989

-and-

CARVER DARDEN KORETZKY TESSIER FINN
BLOSSMANN & AREAUX, L.L.C.
M. Hampton Carver (LA #4546)
Leann Opotowsky Moses (LA #19439)
1100 Poydras Street, Suite 2700
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

Co-Counsel for BEPCO, L.P., formerly known as Bass Enterprises Production Company

2354158.1

## CERTIFICATE OF SERVICE

I, Kelly M. Dawson, certify that I am not less than 18 years of age, and that service of the **BEPCO, L.P. f/k/a Bass Enterprises Production Company's Limited Response To Motion For Consolidation Of Appeals** was caused to be made on June 5, 2008, in the manner indicated upon the parties on the attached list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 5, 2008

_____
Kelly M. Dawson (No. 4786)

806880.3

# SERVICE LIST

| **VIA E-MAIL and HAND DELIVERY** | **VIA E-MAIL and FIRST CLASS U.S. MAIL** |
|---|---|

**VIA E-MAIL and HAND DELIVERY**

John D. Demmy, Esquire
Stevens & Lee, PC
1105 N. Market Street
7th Floor
Wilmington, DE 19801
jdd@stevenslee.com

Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Womble, Carlyle, Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
fmonaco@wcsr.com
kmangan@wcsr.com

Noel C. Burnham, Esquire
Montgomery McCracken
1105 Market Street
Wilmington, DE 19801
nburnham@mmwr.com

David Buchbinder, Esquire
Office of the U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov

**VIA E-MAIL and FIRST CLASS U.S. MAIL**

Philip G. Eisenberg, Esquire
Mark A. Chavez, Esquire
Locke Liddell & Sapp, LLP
600 Travis Street
3400 JP Morgan Chase Tower
Houston, TX 77002
peisenberg@lockeliddell.com
mchavez@lockeliddell.com

John C. Kilgannon, Esquire
Stevens & Lee, PC
1818 Market Street
Philadelphia, PA 19103
jck@stevenslee.com

Natalie D. Ramsey, Esquire
Montgomery McCracken
123 South Broad Street
Philadelphia, PA 19109-1029
nramsey@mmwr.com

M. Hampton Carver, Esq.
Stephen Rose, Esq.
Leann Opotowsky Moses, Esq.
Carver Darden Koretzky Tessier Finn Blossman & Areaux, L.L.C.
1100 Poydras Street - Suite 3100
New Orleans, LA 70163
carver@carverdarden.com
rose@carverdarden.com
moses@carverdarden.com

2021479.1