IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| 15375 MEMORIAL CORPORATION, *et al.*, | ) ) ) | Bankr. Case No. 06-10859 (KG) |
| Debtors. | ) ) ) | (Jointly Administered) |
| BEPCO, L.P., f/k/a Bass Enterprises Production Company | ) ) ) ) | |
| Appellant, | ) ) | Civil Action No. 08-313 (SLR) |
| v. | ) ) ) | (Consolidation for procedural purposes of Civil Actions 08-313, 08-314, 08-318, 08-319, 08-321, 08-322, 08-325 & 08-326) |
| 15375 MEMORIAL CORPORATION, *et al*, | ) ) | |
| Appellees and Cross-Appellants. | ) ) | **Re: Docket Item 12** |

**NOTICE OF FILING OF D. DEL. L.R. 7.1.1 STATEMENT RELATING TO MOTION OF APPELLANT BEPCO, L.P., F/K/A BASS ENTERPRISES PRODUCTION COMPANY FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS EMERGENCY REQUEST FOR CERTIFICATION FOR DIRECT APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Appellant BEPCO, L.P., f/k/a Bass Enterprises Production Company ("BEPCO"), hereby files this statement relating to the *Motion of Appellant BEPCO, L.P., f/k/a Bass Enterprises Production Company for Leave to File A Reply In Support Of Its Emergency Request For Certification For Direct Appeal To The United States Court Of Appeals For The Third Circuit* (D.I. 12) (the "Motion") in accordance with Rule 7.1.1. of the Local Rules of Civil Practice and Procedure for the United States District Court for the District of Delaware:

1. The undersigned counsel for BEPCO hereby avers that it has made reasonable efforts to reach agreement with counsel for appellee/cross-appellants Santa Fe Minerals, Inc. ("Santa Fe" or "SFMI") and 15375 Memorial Corporation ("Memorial," and

together with Santa Fe, the "Debtors") and GlobalSantaFe Corporation, GlobalSantaFe Corporate Services, Inc. and Entities Holdings, Inc. (collectively, the "GSF Entities") with respect to the Motion.

2. The Motion is procedural and relates to BEPCO's request to expedite its appeals and certify them for direct review by the United States Court of Appeals for the Third Circuit (D.I. 6) (the "Certification Request"). Given the expedited nature of the Certification Request, BEPCO filed the Motion (together with its proposed reply in support of the Certification Request) on Monday, June 16, 2008, the first business day after the Debtors and GSF Entities had filed their respective objections to the Certification Request (D.I. 9 & 10).

3. On Tuesday, June 17, 2008, BEPCO requested that the Debtors and GSF Entities consent to the Motion. Neither the Debtors nor the GSF Entities have responded to BEPCO's request to consent to the Motion.

Dated: Wilmington, Delaware
June 18, 2008

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/_____
Gregory W. Werkheiser (No. 3553)
Kelly M. Dawson (No. 4786)
1201 Market Street
P. O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 351-9229
Fax: (302) 658-3989

-and-

CARVER DARDEN KORETZKY TESSIER FINN
BLOSSMANN & AREAUX, L.L.C.
M. Hampton Carver (LA #4546)
Leann Opotowsky Moses (LA #19439)
1100 Poydras Street, Suite 2700
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801
   Co-Counsel for BEPCO, L.P., formerly known
   as Bass Enterprises Production Company

## CERTIFICATE OF SERVICE

I, Gregory W. Werkheiser, certify that I am not less than 18 years of age, and that service of the **Notice Of Filing Of D. Del. L.R. 7.1.1 Statement Relating To Motion Of Appellant BEPCO, L.P., f/k/a Bass Enterprises Production Company For Leave To File A Reply In Support Of Its Emergency Request For Certification For Direct Appeal To The United States Court Of Appeals For The Third Circuit** was caused to be made on June 18, 2008, in the manner indicated upon the parties on the attached list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 18, 2008

Gregory W. Werkheiser (#3553)

806880.7

# SERVICE LIST

| **VIA E-MAIL and HAND DELIVERY** | **VIA E-MAIL and FIRST CLASS U.S. MAIL** |
|---|---|
| John D. Demmy, Esquire<br>Stevens & Lee, PC<br>1105 N. Market Street<br>7th Floor<br>Wilmington, DE 19801<br>jdd@stevenslee.com | Philip G. Eisenberg, Esquire<br>Mark A. Chavez, Esquire<br>Locke Liddell & Sapp, LLP<br>600 Travis Street<br>3400 JP Morgan Chase Tower<br>Houston, TX 77002<br>peisenberg@lockeliddell.com<br>mchavez@lockeliddell.com |
| Francis A. Monaco, Jr., Esquire<br>Kevin J. Mangan, Esquire<br>Womble, Carlyle, Sandridge & Rice, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>fmonaco@wcsr.com<br>kmangan@wcsr.com | John C. Kilgannon, Esquire<br>Stevens & Lee, PC<br>1818 Market Street<br>Philadelphia, PA 19103<br>jck@stevenslee.com |
| Noel C. Burnham, Esquire<br>Montgomery McCracken<br>1105 Market Street<br>Wilmington, DE 19801<br>nburnham@mmwr.com | Natalie D. Ramsey, Esquire<br>Montgomery McCracken<br>123 South Broad Street<br>Philadelphia, PA 19109-1029<br>nramsey@mmwr.com |
| David Buchbinder, Esquire<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>david.l.buchbinder@usdoj.gov | M. Hampton Carver, Esq.<br>Stephen Rose, Esq.<br>Leann Opotowsky Moses, Esq.<br>Carver Darden Koretzky Tessier Finn Blossman & Areaux, L.L.C.<br>1100 Poydras Street - Suite 3100<br>New Orleans, LA 70163<br>carver@carverdarden.com<br>rose@carverdarden.com<br>moses@carverdarden.com |

2321059.1