# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 15375 MEMORIAL CORPORATION, *et al.*, | ) | Bankr. Case. No. 06-10859 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| BEPCO L.P., f/k/a Bass Enterprises Production Company, | ) | |
| | ) | Civil Action No. 08-313 (SLR) |
| Appellant, | ) | |
| v. | ) | (Consolidation of civil actions 08-313, 314, 318, 319, 321, 322, 325 and 326) |
| 15375 MEMORIAL CORPORATION, *et al.*, | ) | |
| Appellees and Cross-Appellants. | ) | |

**JOINDER OF APPELLEES AND CROSS-APPELLANTS 15375 MEMORIAL CORPORATION AND SANTA FE MINERALS, INC. TO RESPONSE OF GLOBALSANTAFE ENTITIES IN OPPOSITION TO BEPCO, L.P. F/K/A BASS ENTERPRISES PRODUCTION COMPANY'S MOTION (I) FOR CONSIDERATION OF SUPPLEMENTAL MATERIALS IN CONNECTION WITH CERTIFICATION REQUEST AND (II) TO SUPPLEMENT RECORD ON APPEAL**

Debtors and Debtors in possession 15375 Memorial Corporation ("Memorial") and Santa Fe Minerals, Inc. ("Santa Fe")(collectively, "Debtors"), by their undersigned counsel, hereby joins the *RESPONSE OF GLOBALSANTAFE ENTITIES IN OPPOSITION TO BEPCO, L.P. F/K/A BASS ENTERPRISES PRODUCTION COMPANY'S MOTION (I) FOR CONSIDERATION OF SUPPLEMENTAL MATERIALS IN CONNECTION WITH CERTIFICATION REQUEST AND (II) TO SUPPLEMENT RECORD ON APPEAL* that was filed on June 19, 2008 (Docket No. 16).

SL1 827149v1/101674.00002

WHEREFORE, Debtors respectfully request the entry of an Order denying the Motion to Supplement and request such other and further relief as this Court deems necessary and just.

Dated: June 23, 2008
Wilmington, Delaware

Respectfully submitted,

STEVENS & LEE, P.C.

/s/ *John D. Demmy*

John D. Demmy (Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, DE  19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

-and-

John C. Kilgannon
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone:  (215) 751-1943
Facsimile:  (610) 371-7954
Email: jck@stevenslee.com

*Attorneys for the Debtors*