## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| 15375 MEMORIAL CORPORATION, *et al.,* | Bankr. Case. No. 06-10859 (KG) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| BEPCO L.P., f/k/a<br>Bass Enterprises Production Company, | |
| Appellant, | Civil Action No. 08-313 (SLR) |
| v. | (Consolidation of civil actions 08-313, 314, 318, 319, 321, 322, 325 and 326) |
| 15375 MEMORIAL CORPORATION, *et al.,* | |
| Appellees and Cross-Appellants. | **Related to Docket Nos. 17 and 18** |

## AFFIDAVIT OF SERVICE

Kathleen Cooper, being duly sworn according to law, deposes and says that she is employed by the law firm of Stevens & Lee, P.C., and that on June 23, 2008, she caused a true and correct copy of the documents listed below to be served to the parties listed on the attached service list, via electronic mail.

(1)   Joint Response Of The Debtors And The GlobalSantaFe Entities In Opposition To Emergency Motion Of Appellant BEPCO, L.P., F/K/A Bass Enterprises Production Company To Bypass Appellate Mediation And Motion To Strike Related Exhibits (Docket No. 17); and

(2)    Joinder Of Appellees And Cross-Appellants 15375 Memorial Corporation And Santa Fe Minerals, Inc. To Response Of GlobalSantaFe Entities In Opposition To BEPCO, L.P. F/K/A Bass Enterprises Production Company's Motion (I) For Consideration Of Supplemental Materials In Connection With Certification Request And (II) To Supplement Record On Appeal (Docket No. 18).

_Kathleen Cooper_
Kathleen Cooper

Sworn to and subscribed before
me on this 24th day of June, 2008

_Barbara J. Haedel_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BARBARA J. HAE... Notary Public
Upper Merion Twp. Montgomery County
My Commissio... res August 6, 2009

SL1 827653v1/000000.00000

## SERVICE LIST

Gregory W. Werkheiser, Esq.
Kelly Dawson, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Hampton Carver, Esq.
Leann Opotowsky Moses, Esq.
Carver, Darden, Koretzky, Tessier,
Finn, Blossman & Areaux LLC
Energy Centre
1100 Poydras Street, Suite 2700
New Orleans, LA 70163


Francis A. Monaco, Jr., Esq.
Kevin Mangan, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19901

Philip Eisenberg, Esq.
Mark Chavez, Esq.
Locke Liddell & Sapp LLP
3400 JPMorgan Chase Tower
600 Travis
Houston, TX 77002