# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Gregory W. Werkheiser
302 351 9229
302 425 4663 Fax
gwerkheiser@mnat.com

June 25, 2008

**BY HAND DELIVERY**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

Re:   **BEPCO, L.P. v. 15375 Memorial Corp., *et al.*, C.A. No. 08-313 (SLR)**

Dear Judge Robinson:

The undersigned is counsel for BEPCO, L.P., f/k/a Bass Enterprises Production Company ("BEPCO"), appellant and cross-appellee in the above-referenced procedurally consolidated appeals (the "Appeals"). I write with respect to the following pending requests for relief made by BEPCO in connection with the Appeals that BEPCO believes are now fully briefed and ready to be submitted for decision by this Court:

- *BEPCO, L.P., f/k/a Bass Enterprises Production Company's Emergency Request For Certification For Direct Appeal To The United States Court Of Appeals For The Third Circuit Pursuant To 28 U.S.C. § 158(d)(2)* (D.I. 6) (the "Certification Request");

- *Motion Of Appellant BEPCO, L.P., f/k/a Bass Enterprises Production Company (I) For Consideration Of Supplemental Materials In Connection With Certification Request And (II) To Supplement Record On Appeal* (D.I. 8); and

- *Motion of Appellant BEPCO, L.P., f/k/a Bass Enterprises Production Company to Bypass Appellate Mediation* (D.I. 14).

The Honorable Sue L. Robinson
June 25, 2008
Page 2

(collectively, the "Pending Requests"). The table attached as **Exhibit A** hereto identifies the relevant submissions of the parties to these Appeals relating to the Pending Requests.

As described in the Pending Requests and BEPCO's related filings, BEPCO desires to expedite these Appeals to the extent practicable because of the existence of related proceedings before the Delaware Bankruptcy Court, currently pending for a hearing on July 23, 2008, that may negatively impact BEPCO's ability to obtain effective appellate relief. While the Certification Request is a matter that Federal Rule of Bankruptcy Procedure 8001(f)(3)(E) contemplates should normally be resolved on an expedited basis without oral argument unless the Court otherwise directs, BEPCO is prepared to appear for oral argument at the convenience of the Court if the Court believes that oral argument will facilitate the prompt adjudication of the Pending Requests.

Respectfully,

Gregory W. Werkheiser

GWW/sl
Enclosure

cc: David Buchbinder, Esquire
Mark A. Chavez, Esquire
John D. Demmy, Esquire
Francis A. Monaco, Jr., Esquire
Kevin J. Managan, Esquire
Kevin F. Brady, Esquire
Philip G. Eisenberg, Esquire
John C. Kilgannon, Esquire
M. Hampton Carver, Esquire
Leann Opotowsky Moses, Esquire

2383097.1

# Exhibit A

| | | |
|---|---|---|
| 06/04/2008 | 6 | MOTION for Certificate of Appealability *BEPCO, L.P., f/k/a Bass Enterprises Production Companys Emergency Request For Certification For Direct Appeal To The United States Court Of Appeals For The Third Circuit Pursuant To 28 U.S.C. Section 158(d)(2)* - filed by BEPCO LP. (Attachments: # 1 Proposed Certification, # 2 Certificate of Service, # 3 Service List)(Werkheiser, Gregory) (Entered: 06/04/2008) |
| 06/11/2008 | 8 | MOTION to Amend/Correct *Motion Of Appellant BEPCO, L.P., f/k/a Bass Enterprises Production Company (I) For Consideration Of Supplemental Materials In Connection With Certification Request And (II) To Supplement Record On Appeal* - filed by BEPCO LP. (Attachments: # 1 Exhibit 1 Part 1, # 2 Exhibit 1 Part 2, # 3 Certificate of Service, # 4 Service List)(Werkheiser, Gregory) (Entered: 06/11/2008) |
| 06/13/2008 | 9 | RESPONSE to Motion *of BEPCO, L.P. F/K/A Bass Enterprises Production Companys Emergency Request For Certification For Direct Appeal To The United States Court Of Appeals For The Third Circuit Pursuant To 28 U.S.C. § 158(d)(2)* filed by 15375 Memorial Corporation, Santa Fe Minerals Inc.. (Attachments: # 1 Certificate of Service)(Demmy, John) (Entered: 06/13/2008) |
| 06/13/2008 | 10 | RESPONSE to Motion *Response in Opposition to BEPCO, LP fka Bass Enterprises Production Company's Emergency Request for Certification for Direct Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. Section 158(d)(2)* filed by GlobalSantaFe Corporation, GlobalSantaFe Corporate Services Inc., Entities Holdings Inc.. (Attachments: # 1 Certificate of Service)(Mangan, Kevin) (Entered: 06/13/2008) |
| 06/13/2008 | 11 | NOTICE of Filing Exhibit "A" to Response by GlobalSantaFe Corporation, GlobalSantaFe Corporate Services Inc., Entities Holdings Inc. re 10 Response to Motion, (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Mangan, Kevin) (Entered: 06/13/2008) |
| 06/16/2008 | 12 | MOTION for Leave to File *A Reply In Support Of Its Emergency Request For Certification For Direct Appeal To The United States Court Of Appeals For The Third Circuit* - filed by BEPCO LP. (Attachments: # 1 Exhibit A, # 2 Certificate of Service, # 3 Service List)(Werkheiser, Gregory) (Entered: 06/16/2008) |
| 06/18/2008 | 13 | STATEMENT re 12 MOTION for Leave to File *A Reply In Support Of Its Emergency Request For Certification For Direct Appeal To The United States Court Of Appeals For The Third Circuit* by BEPCO LP. (Attachments: # 1 Certificate of Service, # 2 Service List)(Werkheiser, Gregory) (Entered: 06/18/2008) |

| 06/18/2008 | 14 | Emergency MOTION To Bypass Appellate Mediation - filed by BEPCO LP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Certificate of Service, # 14 Service List)(Werkheiser, Gregory) (Entered: 06/18/2008) |
|---|---|---|
| 06/19/2008 | 15 | Emergency MOTION to Expedite *Shorten Notice and Response Deadline with respect to the Emergency Motion Of Appellant BEPCO, L.P. f/k/a Bass Enterprises Production Company To Bypass Appellate Mediation* - filed by BEPCO LP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service)(Werkheiser, Gregory) (Entered: 06/19/2008) |
| 06/19/2008 | 16 | RESPONSE to Motion re 8 MOTION to Amend/Correct *Motion Of Appellant BEPCO, L.P., f/k/a Bass Enterprises Production Company (I) For Consideration Of Supplemental Materials In Connection With Certification Request And (II) To Supplement Record On Appeal* MOTION to Amend/Correct *Motion Of Appellant BEPCO, L.P., f/k/a Bass Enterprises Production Company (I) For Consideration Of Supplemental Materials In Connection With Certification Request And (II) To Supplement Record On Appeal* filed by GlobalSantaFe Corporation, GlobalSantaFe Corporate Services Inc., Entities Holdings Inc.. (Attachments: # 1 Certificate of Service)(Monaco, Francis) (Entered: 06/19/2008) |
| 06/23/2008 | 17 | Joint RESPONSE to Motion re 14 Emergency MOTION To Bypass Appellate Mediation *And Motion To Strike Related Exhibits* filed by 15375 Memorial Corporation, Santa Fe Minerals Inc.. (Attachments: # 1 Exhibit A)(Demmy, John) (Entered: 06/23/2008) |
| 06/23/2008 | 18 | JOINDER by 15375 Memorial Corporation, Santa Fe Minerals Inc., joining in 16 Response to Motion,, *Of GlobalSantaFe Entities In Opposition To BEPCO, L.P. f/k/a Bass Enterprises Production Companys Motion (I) For Consideration Of Supplemental Materials In Connection With Certification Request And (II) To Supplement Record On Appeal*. (Demmy, John) (Entered: 06/23/2008) |
| 06/23/2008 | 19 | REPLY BRIEF re 14 Emergency MOTION To Bypass Appellate Mediation *Reply In Further Support Of Emergency Motion Of Appellant BEPCO, L.P. f/k/a Bass Enterprises Production Company To Bypass Appellate Mediation* filed by BEPCO LP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service, # 4 Service List)(Werkheiser, Gregory) (Entered: 06/23/2008) |
| 06/24/2008 | 20 | AFFIDAVIT of Kathleen Cooper re 18 Joinder, 17 Response to Motion filed by 15375 Memorial Corporation, Santa Fe Minerals Inc.. (Demmy, John) (Entered: 06/24/2008) |

2383101.1