# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Gregory W. Werkheiser
302 351 9229
302 425 4663 Fax
gwerkheiser@mnat.com

July 14, 2008

**BY HAND DELIVERY**

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

Re:    **BEPCO, L.P. v. 15375 Memorial Corp.**, *et al.*, C.A. No. 08-313 (SLR)

Dear Judge Robinson:

I write as counsel for BEPCO in reply to Mr. Demmy's letter, which was filed with the Court on behalf of the Debtors and GSF Entities and served electronically on the undersigned at the close of business on Friday, July 11, 2008. What is most notable about the letter from the Debtors and the GSF Entities is what it does not say – nowhere do they dispute the accuracy of BEPCO's simple recitation of what has transpired in the Bankruptcy Court since BEPCO's motion to bypass appellate mediation was filed in this Court or the relevance of such information to the Court's consideration of BEPCO's motion.

BEPCO's letter was intended merely to transmit information to this Court about further developments in the Bankruptcy Court that may be relevant to the Court's disposition of the Mediation Motion pending before it. BEPCO believes that it is particularly necessary and appropriate for this Court to be provided such information, given that the Bankruptcy Cases continue to proceed while the Appeals are pending before this Court. Indeed, BEPCO may have been ethically bound to inform this Court that its prior statements in its motion papers about the matters previously scheduled for the July 23, 2008 hearing in the Bankruptcy Court were no longer accurate.

Two other unfounded assertions in Mr. Demmy's letter merit a brief response. Whether the Court should consider certain of the recent filings in the Bankruptcy Court in connection with the merits of the Appeals is the subject of a separate motion pending before the Court and was not addressed by BEPCO's letter. As to the accusation of the Debtors and GSF

The Honorable Sue L. Robinson
July 14, 2008
Page 2


Entities that BEPCO is somehow compromising the integrity of this Court's appellate mediation program by advising the Court that dates for appellate mediation have been scheduled subject to the disposition of the Mediation Motion, BEPCO fails to see how that could be the case.

       I am available at the convenience of the Court to address this or any other matter currently pending before the Court in connection with the Appeals.

       Respectfully,

       Gregory W. Werkheiser


cc:    David Buchbinder, Esquire
       Mark A. Chavez, Esquire
       John D. Demmy, Esquire
       Francis A. Monaco, Jr., Esquire
       Kevin J. Managan, Esquire
       Kevin F. Brady, Esquire
       Philip G. Eisenberg, Esquire
       John C. Kilgannon, Esquire
       M. Hampton Carver, Esquire
       Leann Opotowsky Moses, Esquire

2408679.1