IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| 15375 MEMORIAL CORPORATION, ) | Bk. No. 06-10859 (KG) |
| ) | |
| Debtors. ) | |
| | |
| BEPCO LP, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 08-313-SLR |
| ) | |
| GLOBALSANTAFE CORPORATION, ) | |
| et al., ) | |
| ) | |
| Appellees. ) | |

**O R D E R**

At Wilmington this 17th day of July, 2008, having reviewed all of the correspondence submitted by the parties to the above-captioned bankruptcy appeal;

IT IS ORDERED that:

1. Appellant's motion to bypass appellate mediation is denied, as is appellant's motion to shorten notice and response deadline. (D.I. 14, 15) By all accounts, the above appeal and bankruptcy proceeding could benefit from review by the court's mediator.

2. For the above same reasons, the appeal is stayed pending mediation and a sense that the issues on appeal are not duplicative of the proceedings still pending

before Judge Gross, namely, appellant's renewed motion to dismiss the debtors'

Chapter 11 cases, referenced in appellant's letter dated July 11, 2008.  (D.I. 23)

                                                                               United States District Judge