# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

**Kevin F. Brady**
Partner
TEL     (302) 888-6257
FAX     (302) 255-4257
EMAIL   kbrady@cblh.com
REPLY TO   Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

August 18, 2008

Elizabeth Dinan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

           Re:    Appeal: In Re: 15375 Memorial Corporation, et al.
                   Case Nos. 1:08-cv-00313 and 314-UNA

Dear Ms. Dinan:

       On August 18, 2008, I conducted a mediation in the above-referenced appeal from the Bankruptcy Court, with counsel and representatives of the Global Santa Fe entities, Entities Holdings, BEPCO, L.P., Santa Fe Minerals and 15375 Memorial Corporation in attendance. The mediation did not result in a resolution of the issues pending in the above-referenced appeal, so this case is ready to proceed to a briefing schedule to be set by the Court.

                                                  Very truly yours,

                                                  Kevin F. Brady

KFB/gm
Enclosure
cc:    Gregory W. Werkheiser, Esquire
        Francis A. Monaco, Esquire
        John D. Demmy, Esquire

629841_1