IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| 15375 MEMORIAL CORPORATION, et. al., | ) |
| | ) Bk. No. 06-10859-KG |
| | ) |
| Debtors. | ) Jointly Administered |
| ————————————— | ) |
| | ) |
| BEPCO LP, | ) |
| | ) Civ. A. No. 08-313-SLR |
| Appellant, | ) |
| | ) Bk. No. 06-10859 |
| v. | ) Adv. 06-50822 |
| | ) AP 08-29 |
| GLOBALSANTAFE CORPORATION, et al., | ) |
| | ) |
| Appellees. | ) |
| ————————————— | ) |
| | ) |
| BEPCO LP, | ) Civ. A. No. 08-314-SLR |
| | ) |
| Appellant, | ) Bk. No. 06-10859 |
| | ) Adv. 06-50822 |
| v. | ) AP 08-30 |
| | ) |
| SANTA FE MINERALS INC., | ) |
| | ) |
| Appellee. | ) |
| ————————————— | ) |
| | ) |
| BEPCO LP, | ) Civ. A. No. 08-321-SLR |
| | ) |
| Appellant, | ) Bk. No. 06-10859 |
| | ) Adv. 06-50822 |
| v. | ) AP 08-29 |
| | ) |
| GLOBALSANTAFE CORPORATION, | ) |

| | |
|---|---|
| et al., ) | ) |
| Appellees. ) | ) |
| ──────────────────── ) | ) |
| BEPCO LP, ) | ) Civ. A. No. 08-322-SLR |
| Appellant, ) | ) Bk. No. 06-10859 |
| v. ) | ) Adv. 06-50822 |
|  ) | ) AP 08-30 |
| GLOBALSANTAFE CORPORATION, et. al., ) | ) |
| Appellees. ) | ) |
| ──────────────────── ) | ) |

# O R D E R

At Wilmington this 27th day of August, 2008, having received notice from the mediator that mediation was not successful in this case (D.I. 27);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of its appeal is due on or before **September 26, 2008.**

2. Appellees' brief in opposition to the appeal is due on or before **October 27, 2008.**

3. Appellant's reply brief is due on or before **November 10, 2008.**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

2